

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00217-CR

**LORI ANN OWENS,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

**From the County Court at Law No. 1
McLennan County, Texas
Trial Court No. 2017-0831-CR1**

### O R D E R

Appellant's brief was originally due on October 12, 2018. A first extension of time of 17 days was granted, and appellant's brief was due October 29, 2018. A second extension of time of 45 days was granted, and appellant's brief was due December 13, 2018. Now, counsel for appellant has requested an additional 25 days which would make the brief due on January 4, 2019. This most recent request has pushed the total days to 114 days to file a brief that the Rules of Appellate Procedure provide should be filed in 30 days. We cannot, in good conscience, grant counsel almost four times the amount of

time allowed by the rules to file appellant's brief where there is no suggestion in the motion that this case is unusual in any way.

Accordingly, Appellant's Third Motion for Extension of Time to File Appellant's Brief is denied. Appellant's brief is due January 4, 2019. If the brief is not filed by the deadline set herein, the appeal will be abated for a hearing pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure.

PER CURIAM

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Scoggins
Motion denied
Order issued and filed January 2, 2019

